UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLON MANRRIQUE ARRIOLA PACHECO,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF THE CALIFORNIA DETENTION FACILITY, et al.,<br><br>Respondent. | No.  1:26-cv-1047 DJC CSK<br><br><br>ORDER |

Petitioner is an immigration detainee, proceeding without counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  On February 20, 2026, respondents filed an answer to the petition.  (ECF No. 8.)  Respondents did not, however, serve the answer on petitioner as required.[1]  (See Docket.)  Accordingly, respondents are ordered to serve the answer on petitioner immediately.

Accordingly, IT IS HEREBY ORDERED that:

1.  Respondents shall immediately serve petitioner with their answer;

2.  On or before 9:00 a.m. on February 24, 2026, respondents shall file a proof of service of their answer; and

---

[1]  All of respondents' future filings must be simultaneously served on petitioner, who is proceeding pro se and does not receive electronic service through CM/ECF.

1

3.  Petitioner's reply/traverse to an answer, if any, is due within 10 days after being served with a copy of respondents' answer.

Dated:  February 23, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Pach1047.ord/2

2