UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLON MANRRIQUE ARRIOLA PACHECO (A-213-140-150), | No.  1:26-cv-1047 DJC CSK |
| Petitioner, | |
| v. | ORDER |
| WARDEN OF THE CALIFORNIA DETENTION FACILITY, et al., | |
| Respondents. | |

Petitioner, an immigration detainee prisoner proceeding through counsel, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 17, 2026, the Magistrate Judge filed findings and recommendations herein.  Due to an administrative error, these findings and recommendations were not served on all parties.  On April 20, 2026, the findings and recommendations filed April 17, 2026 were served on all parties and contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days.  Neither party filed objections to the findings and recommendations.

The Court presumes that any findings of fact are correct.  *See Orand v. United*

1

*States*, 602 F.2d 207, 208 (9th Cir. 1979).  The Magistrate Judge's conclusions of law are reviewed de novo.  *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).  The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations (ECF No. 21) are adopted in full.

2.  The petition for writ of habeas corpus (ECF No. 1) is GRANTED.

3.  Respondents are ordered to provide petitioner Marlon Manrrique Arriola Pacheco (A-213-140-150) with a bond hearing before a neutral decisionmaker within fourteen (14) days of the date of this order where the government bears the burden of establishing by clear and convincing evidence that petitioner poses a danger to the community or a risk of flight.

3.  The Clerk of the Court is directed to enter judgment in favor of petitioner and close this case.

IT IS SO ORDERED.

Dated:   **April 28, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2